UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| KENDRID KHALIL HAMLIN, | VIOLATIONS: |
| Defendant. | 18 U.S.C. § 351(e) |
| | (Assault on a Member of Congress) |
| | 22 D.C. Code § 405(b) |
| | (Assault on a Law Enforcement Officer) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 9, 2023, within the District of Columbia, **KENDRID KHALIL HAMLIN** willfully and knowingly did assault Representative Angela Craig, a Member of the House of Representatives of the United States Congress, causing personal injury to Representative Angela Craig.

**(Assault on a Member of Congress, in violation of 18 U.S.C. § 351(e)).**

### COUNT TWO

On or about February 9, 2023, within the District of Columbia, **KENDRID KHALIL HAMLIN**, without justifiable and excusable cause, did assault Detective S.G., a law enforcement officer operating in the District of Columbia, knowing Detective S.G. to be a law enforcement officer, while Detective S.G. was engaged in or on account of the performance of his official duties.

**(Assault on a Law Enforcement Officer, in violation of 22 D.C. Code § 405(b)).**

## COUNT THREE

On or about February 9, 2023, within the District of Columbia, **KENDRID KHALIL HAMLIN**, without justifiable and excusable cause, did assault Officer C.K., a law enforcement officer operating in the District of Columbia, knowing Officer C.K. to be a law enforcement officer, while Officer C.K. was engaged in or on account of the performance of her official duties.

**(Assault on a Law Enforcement Officer, in violation of 22 D.C. Code § 405(b)).**

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*

Attorney of the United States in
and for the District of Columbia.