UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-105 (JEB) |
| : | |
| KENDRID KHALIL HAMLIN, : | |
| Defendant. : | |

### Consent Motion for a Limited Unsealing Order to Obtain a Transcript

The United States, by and through its attorney, the United States Attorney for the District of Columbia, with the consent of the defendant, by and through defense counsel Katie Guevara, hereby respectfully submits this motion and accompanying order for a limited unsealing of sealed hearings in this case, in order to obtain the transcript of a portion of the Detention Hearing held on March 16, 2023 and April 5, 2023. In support of this motion, the government states as follows:

The Detention Hearing in this case began with a defense oral motion for release on March 16, 2023. At the March 16th hearing, upon motion of the defense, a portion of the hearing was sealed. The defense followed with a written motion for release filed on March 17, 2023. A detention hearing was set for March 23, 2023. That hearing was continued to allow parties to file supplemental briefings. The hearing was resumed on April 5, 2023. At the April 5th hearing, upon motion of the defense, a portion of the hearing was sealed. At the conclusion of the Detention Hearing on April 5th, the presiding Magistrate Judge released the defendant on conditions, but stayed the execution of the release order, pending the government filing an appeal.

In support of the appeal, the government has requested a transcript of the Detention Hearings on March 16th, March 23rd, and April 5th. The transcripts will be provided to government and defense counsel to prepare for the appeal in this case and for the Court to review.

However, in order to transcribe the sealed portion of the March 16th April 5th hearings, an order granting a limited unsealing is necessary. Neither the government or the defense will file the sealed portion publicly or distribute it outside of respective government and defense personnel working on this matter.

    WHEREFORE, it is respectfully requested that this consent motion be granted.

                                                      Respectfully submitted,

                                                      MATTHEW M. GRAVES
                                                      UNITED STATES ATTORNEY
                                                      D.C. Bar No. 481052

Dated: April 11, 2023       By:       /s/ Alexander R. Schneider
                                                      Alexander R. Schneider
                                                      Michigan Bar #P71467
                                                      Special Assistant United States Attorney
                                                      601 D Street, N.W.
                                                      Washington, DC 20579
                                                      Phone:  (202) 252-7124
                                                      Email:  alexander.schneider@usdoj.gov