# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | 1:23-cr-105 (JEB) |
| KENDRID HAMLIN : | |

## DEFENDANT KENDRID HAMLIN'S CORRECTIONS AND OBJECTIONS TO THE PRE-SENTENCE REPORT[1]

Kendrid Hamlin, through counsel, pursuant to 18 U.S.C. § 3553(a), Rule 32 of the Federal Rules of Criminal Procedure, and Section 6A1.3 of the advisory United States Sentencing Guidelines ("USSG"), states that he has reviewed the Pre-Sentence Report (PSR) and offers the following objections to the PSR's guidelines range.

   i.   **Factual Corrections**

Mr. Hamlin objects to paragraphs 6 through 18 in the Draft Presentence Report as Mr. Hamlin has never agreed to these facts and they were drafted as part of the government's Memorandum in Support of Detention. Mr. Hamlin refers the Court to the Statement of Offense that provided the basis for his guilty plea which was sent to the Court on May 31, 2023.

   ii.  **Objections to the PSR's Guidelines Calculation**

**¶ 26: Specific Offense Characteristics, which result in an increase of a total 2-levels do not apply.**

---

[1] Counsel apologizes for the lateness of this submission.

Mr. Hamlin objects to the "restraint" enhancement, based: 1) on the application of the law to the facts as alleged by the PSR; and alternativey 2) on the factual alleged in the PSR that he intends to contest at the Sentencing Hearing.

**¶48: Only one point for Criminal History "status points" should apply.**

Mr. Hamlin also objects to the two points assessed for being under supervision. Because of the recent amendment to the Sentencing Guidelines, one point should apply.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Katie Guevera
Eugene Ohm
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500