Your Honor,

I am writing this victim impact statement to the court in the hopes of expressing the individual, family, and professional impacts of the assault that I experienced in Washington, D.C., in February of this year.

While this case has received much attention because I am a Member of Congress, that morning I was simply a woman followed into an elevator by a man and assaulted there. Mr. Hamlin trapped me inside. He grabbed my neck and slammed me into the steel wall. He punched me in the face. He attempted to pull me back in as the doors opened, and I screamed for help. Physically, the attack left bruising and a cut to my lip, as well as several days of soreness and discomfort.

While my physical recovery was days, my mental and emotional recovery has taken much longer and is ongoing. My sense of safety and security has been significantly impacted. Following the attack, I have developed strategies with professional help to combat and address periodic anxiety. I have sought personal self-defense training.

The assault has also had a lasting impact on my family. My wife and four sons continue to be concerned for my safety both generally - and specifically due to the attention to public safety my assault subsequently received in the press. While I was simply a woman followed into an elevator that morning, because I am a Member of Congress, Mr. Hamlin's assault has had significantly broader consequences.

I was doxed by a media outlet when it disclosed the physical address of the apartment building where the assault occurred - forcing me to break my lease and move from my D.C. apartment for targeted security concerns. Following comments by media personalities about my assault, I received a flurry of additional targeted physical violence and death threats to myself and my staff.

Yes, I fought Mr. Hamlin off and escaped. And I feel very fortunate to have not been more physically injured. However, I wish to bring to the court's attention that his actions have resulted in significant adverse consequences afterward. I respectfully request the court to take these impacts into account and ensure that Mr. Hamlin is held accountable for his actions.

Finally, I sincerely hope Mr. Hamlin, during his incarceration and subsequent conditions of release, is provided the mental health and addiction services that will allow him to become a productive member of society. Until that occurs, given his history of previous convictions and my own experience, I believe he would continue to be a further threat to others.

Respectfully,

*Angie Craig*

Angie Craig