AO 442 (Rev 11/11) Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

UNITED STATES OF AMERICA )
V. )
)  Case No.   0090 1:23CR00105-001
Kendrid Hamlin )
)

## ARREST WARRANT

RECEIVED FEB 14 '23
U.S. MARSHAL - DC #43:20

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay

(name of person to be arrested) Kendrid Hamlin                                                              .

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date:  2/14/26

_____
Issuing Officer's Signature

City and State: Washington, DC

Timothy J. Kelly
U.S. District Judge
Printed Name and Title

| Return |
|--------|
| This warrant was received on (date) 04/17/26 , and the person was arrested on (date) 04/28/2026 at (city and state) Washington D.C. |
| Date: 04/28/2026 |
| _____ Arresting Officer's Signature |
| Kenneth Keh Printed Name and Title |