**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 23-CR-105 (JEB)** |
| **v.** | : | |
| | : | |
| **KENDRID KHALIL HAMLIN** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Joshua Satter, who may be contacted by telephone on 202-440-0004 or e-mail at Josh.Satter@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:   /s/ *Joshua Satter*
Joshua Satter
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 440-0004
Josh.Satter@usdoj.gov