UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )        No. 23-cr-0000105
                                   )
KENDRID HAMLIN,                    )
                                   )
            Defendant              )
                                   )

## ~~PROPOSED~~ RELEASE ORDER

On May 12, 2026, the Court held a continued detention hearing. Defendant proposed a bed-to-bed transfer to Charlotte Hall Detox and Residential Treatment Center, a program administered by Pyramid Healthcare Inc. This facility indicated the Defendant was eligible for immediate enrollment and treatment.

To facilitate the release of the Defendant, it is hereby **ORDERED** that:

1. The U.S. Marshal Service shall bring the Defendant to the U.S. District courthouse in Washington, D.C. on May 15, 2026, to be released from the Court's cell block at 10:00 a.m or when U.S. Probation confirms arrival of the transport van from Pyramid Healthcare. Such release is predicated upon no other holds being in place;

2. The D.C. Department of Corrections shall make all efforts to have the Defendant's personal effects, including clothing and medication, transported with him to Court for his May 14, 2026, release;

3. A U.S. Probation Officer will appear at the Court's cell block at 10:00 a.m. to assume custody of the defendant and escort him to the U.S. Probation office;

1

4. The U.S. Probation Officer will affix location monitoring technology to the Defendant and have him execute all releases necessary releases for U.S. Probation to be able to receive updates about the Defendant's condition and monitor his progress;

5. The U.S. Probation Officer will then coordinate delivering the Defendant to the treatment facility's transport vehicle which will be at the courthouse;

6. Defendant will be placed in home incarceration, as detailed at the hearing, at the treatment facility;

7. After the initial rehabilitation period administered by Pyramid Healthcare, Pyramid Healthcare will transfer Mr. Hamlin to Choice Community Health for an approximately ten-month residential treatment program;

8. Mr. Hamlin will undergo treatment consistent with the plan proposed in the Defendant's Motion for Release to Residential Inpatient Treatment; amd

9. Defendant shall appear for all future hearings.

Date: 5/14 , 2026

_____
CHIEF JUDGE JAMES BOASBERG
UNITED STATES DISTRICT COURT