AO 442 (Rev. 11/11)  Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Kendrid Hamlin | )<br>)<br>)   Case No.   0090 1:23CR00105-001<br>)<br>) |

## ~~FORTHWITH~~
## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* **Kendrid Hamlin**                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Date:  5/19/26

_____
*Issuing Officer's Signature*

City and State:  Washington, DC

James Bowen
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* 5/20/26 , and the person was arrested on *(date)* 6/9/26 at *(city and state)* Washington DC . |
| Date:  6/9/26<br><br>_____<br>*Arresting Officer's Signature*<br><br>Ross  Kamble  OUSM<br>*Printed Name and Title* |