**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 23-105 |
| | ) |
| KENDRID HAMLIN, | ) |
| | ) |
| Defendant | ) |
| | ) |

## ORDER

The Court believes that Defendant Kendrid Hamlin requires a comprehensive forensic mental-health evaluation by Saint Elizabeths Hospital pursuant to 18 U.S.C. §3352(b) and (c) for the purpose of understanding the severity of his symptoms and his specific disorders and to assist any sentencing determination.  To facilitate this evaluation, it is hereby ORDERED that:

1. The U.S. Marshal Service shall transport Defendant to Saint Elizabeths Hospital to the extent that it is necessary for the evaluation to occur;

2. Alternatively, the USMS shall house Mr. Hamlin at the D.C. Department of Corrections and assist DOC in efforts to permit the D.C. Department of Behavioral Health access to conduct the necessary evaluations and assessments;

3. The mental health evaluation should include psychiatric, psychological, and neuropsychological components and any other assessments relevant to Defendant's conditions, see 18 U.S.C. §3352(c);

4. U.S. Probation shall contact the D.C. DBH to ensure that the evaluation can be performed within 60 days; and

5. DBH shall submit a written forensic report to the Court within 45 days of the

1

evaluation detailing the opinion and recommendations of the evaluator.

Date: __6/10__, 2026

_____
CHIEF JUDGE JAMES BOASBERG
UNITED STATES DISTRICT COURT