Page ① A Letter To My Federal District Court Judge.

To be filed [signature] 7-21-'26

Hey Mr. Boasberg your Honor This is Kendrid K. Hamlin 10-11-1996 Okay Here We Go I Have Multiple Suggestions your Honor okay Now If you want to send Me To impatient Drug Program Fine I Dont Mine But I'M Not trying to Do Drug Program at D.C Jail or C.T.F your honor Its Lice Bugs flowing Threw D.C Jail and C.T.F So If you Dont Have a impatient Drug program Besides Here D.C Jail or C.T.F Can you send Me To Mental Health/Drug facility C-PeP accross from D.C Jail Where Its security and they Will Not let you leave only If the Doctor Discharges you okay If you can't send Me to C-PeP then okay can you give Me 14-Months out the Feds of My Back up time Right Now And Move

Page ②

Me To the federal Hold over iMMediately. or If you don't Want to do that then Give Me all My Back up time Now So I can go to the feds immediately Please either WAy it go I Need to Move From D.o.c.J Custody Today and Be Move To Any other faClty I Dont care Were WASaw or Kentucky or Alexandria please Because I fear For My LifE and Safety the Correctional officers and the WArden and INMATES they Malesting and HArming each other and there Lice Bugs Being Spreaded Day By Day and too Much Smoke and Drugs Flowing threw D.C JAil and C.T.F I need a iMMediate TransFer Today Please your honor More ME to any other FacIlty Its Not SAfe Here at all. also I need Some support Can you put 40 Dollars on My Books For Food please Im starving

Its All TyPe of Bugs Jumping and flowing In D.C JAil Parasites/BedBugs/lice

③

ANd Also please Dont Forget
the Legal Haircut please
I would like to take a plea
Now or July-27-2026 when I
come Back to court For
MY Back up time and MY
New charges and tell the
grand PRERie Hurry up
Transfer Me to Feds please
If you can get a GloBAl
or a plea for 48-Months
or 50-Months To wiz thoe
I come off probation
and complete All MY BACK
Time if I Have To put with
this TORTure I Will Have
to Kill MY self IM Not
suicidle But I cant Dealwith
this I AM OCD So Sooner or
later If im still Here it will
Happen Take all Back time
either way Tuesday